# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| DONNA N PARKER | * | CIVIL ACTION NO. 17-1453 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| BENTELER STEEL TUBE MANUFACTURING CORP, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 24] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 12] filed by the Individual Defendants Troy Lambright, Rhonda Simmons, Daryl Guy, Greg Black, and Nick Smiley, is **GRANTED** and that all of Plaintiff's claims against them are **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 2nd day of August, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**